■ DIANE MARTIN-GRANDE, Respondent, v PAUL J. GRANDE, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered November 5, 2007 in a divorce action. The judgment, inter alia, equitably distributed the marital property of the parties.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ OLIPHANT FINANCIAL CORPORATION, Respondent, v JAMES T. ANGELO, Appellant. [872 NYS2d 346]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered May 30, 2007 in an action for breach of contract. The order granted the motion of plaintiff for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Murphy v Niagara Frontier Transp. Auth.*, 207 AD2d 1038 [1994]; *see also* CPLR 5513 [a]). Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.